(May 20, 1955.)

■

CLYDE T. SPICER, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur, except McCurn, P. J., who dissents and votes for reversal and for granting a new trial on the ground that the evidence presented questions of fact as to negligence and contributory negligence. (Appeal from a judgment of the Court of Claims, dismissing a claim against the State for damages resulting from negligent condition of State highway. The order denied claimant's motion to vacate the judgment.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

CLYDE H. SPICER, an Infant, by CLYDE T. SPICER, His Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur, except McCurn, P. J., who dissents and votes for reversal and for granting a new trial on the ground that the evidence presented questions of fact as to negligence and contributory negligence. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

LIONEL O. GROSSMAN, Appellant, v. JOSEPH JANKOWSKI, Respondent, et al., Defendant.— Judgment and order of Onondaga County Court affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment and order of Onondaga County Court reversing a judgment of Syracuse Municipal Court for plaintiff as against defendant Joseph Jankowski and dismissing the complaint in an action for fees for legal services rendered to wife of defendant.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

In the Matter of TURPIN CORPORATION, Respondent, et al., Petitioner, against FRANKLIN JUDSON et al., Constituting the Zoning Board of Appeals of the Town of Gates, Appellants.— Order affirmed, with $50 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term annulling the determination of the zoning board of appeals and directing them to issue to petitioners a permit for a shopping center.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

HELEN W. MULLIGAN, Appellant, v. HELEN NOWROCKI, Doing Business under the Name of HEDGE'S GRILL, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Trial Term granting plaintiff's motion to withdraw a juror, and that the case may go over the term on payment of $50 costs to be taxed.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.